# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 13 |
| Jean Marie Kircher, | Case No.: 23-60231 |
| Debtor(s). | |

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Freedom Mortgage Corporation for relief from the automatic stay and the codebtor stay imposed by 11 U.S.C. §§ 362(a) and 1301(a). Based on the record, the court finds that grounds exist under 11 U.S.C. §§ 362(d) and 1301(c) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §§ 362(a) and 1301(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:
The East 70 feet of Lots 8, 9, 10, 11 and 12, Block 17 of the Town Plat of the Village, now City, of Browerville, Todd County, Minnesota.
Subject to that certain mortgage dated July 11, 2022, and recorded in the Office of the Todd County Recorder on July 15, 2022, as Document Number A532663.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: *January 30, 2024*

*/e/ Michael E. Ridgway*
Michael E. Ridgway
United States Bankruptcy Judge